QUALITY FACTORIES, INC., Respondent, *v.* THE LUCE FURNITURE SHOPS et al., Appellants, Impleaded with Others.

(Argued April 17, 1935; decided May 3, 1935.)

*Caruthers Ewing* for appellants.

*I. Gainsburg* and *Joseph P. Segal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.